# IN THE COURT OF APPEALS OF TENNESSEE
## MIDDLE SECTION AT NASHVILLE

PATRICIA ANN WOLFE,     )
BETTE L. ROBERTS,      )
PATRICIA PELTON,      )
ODIE L. MANN,       )
BOYD STUBBLEFIELD,     )
and RICHARD G. RAY,     )
             )
  Plaintiffs/Appellants,   )
             )  Franklin Chancery
             )  No. 14-240
VS.           )
             )  Appeal No.
             )  01A01-9611-CH-00514
THE UNIVERSITY OF TENNESSEE )
and THE UNIVERSITY OF    )
TENNESSEE SPACE INSTITUTE,  )
             )
  Defendants/Appellees.   )

# CONCURRING OPINION

I concur with the results of the Court's opinion. Based on my independent review of the evidence both in support of and in opposition to the motion for summary judgment, I have determined that the six plaintiffs have not produced evidence from which a jury could reasonably conclude that the reasons given by the University of Tennessee Space Institute for the adverse employment actions taken against each of the plaintiffs were pretextual or that the employment actions were taken for prohibited reasons.

            _____
            WILLIAM C. KOCH, JR., JUDGE